# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

SUPPRESSED

District Judge Matthew F. Kennelly

Case No. 21-CR-371

Designated Magistrate Judge
Sheila Finnegan

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Manish S. Shah**

Date: Monday, June 14, 2021

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, June 14, 2021

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

28 USC 455(a) and (b)(3).

........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: