**FILED** 6/17/2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

**21CR371**

UNITED STATES DISTRICT COURT
ARIZONA – PHOENIX
June 16, 2021

USA vs. Christopher Lopez

Case Number: 21-09138MJ-001-PHX-ESW

### ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND:**
　☐ **UNSECURED**
　☐ **SECURED BY:**
**SECURITY TO BE POSTED BY:**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 1 6 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NEXT APPEARANCE:** July 13, 2021 at 9:05 a.m. in the Northern District of Illinois before Judge Matthew F. Kennelly, or next appearance as directed through counsel.

Pursuant to 18 U.S.C. § 3142(c)(l)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒ 　promise to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ 　not commit any federal, state or local crime.

☒ 　cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ 　IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address and telephone number.

☒ 　maintain or actively seek employment (or combination work/school) and provide proof of such to Pretrial Services.

☒ 　only travel directly to the prosecuting district, and through all states and counties between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only, unless PRIOR Court or Pretrial Services permission is granted to travel elsewhere.

☒ 　avoid all direct or indirect contact with persons who are considered alleged victim(s) or potential witness(es).

☒ 　shall report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350; 401 W. Washington St., Suite 260, Phoenix, AZ 85003.

☐ 　not drive without a valid driver license.

☐ 　execute an agreement to forfeit the bond or designated property upon failing to appear as required:

☐ 　be released to the third-party custody of_____ and shall reside with the third-party custodian unless Pretrial Services approves the defendant to reside elsewhere.

☐ 　consume no alcohol. The defendant shall participate in alcohol treatment, submit to alcohol testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

☐ 　not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not

- ☐ possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.
- ☒ surrender all travel documents to Pretrial Services by June 18, 2021 and shall not obtain a passport or other travel document during the pendency of these proceedings.
- ☐ maintain or commence an educational program and provide proof of such to Pretrial Services.
- ☐ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.
- ☐ abide by specified restrictions on personal associations, place of abode or travel.
- ☒ maintain weekly contact with his/her attorney by Friday, noon of each week.
- ☐ timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of:
- ☐ not obtain any new financial accounts without prior notification and approval of Pretrial Services.
- ☒ participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make a copayment toward the cost of such services as directed by Pretrial Services.
- ☐ resolve all pending lower court matters and provide proof of such to Pretrial Services.
- ☐ participate in a Specialized Treatment Program and comply with all treatment requirements including taking all medications prescribed by a physician/psychiatrist and make a copayment toward the cost of services as directed by Pretrial Services.
- ☐ register as a sex offender in compliance with all federal, state, tribal or local laws or as ordered by the court. Failure to comply with registration laws may result in new criminal charges.

### ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

Case 2:21-mj-09138-ESW  Document 4  Filed 06/16/21  Page 3 of 3

USA v. Vivianna Lopez  Case Number: 21-09138MJ-001-PHX-ESW
June 16, 2021

Page 3 of 3

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE: | SIGNATURE OF DEFENDANT |
|---|---|
| June 16, 2021 | **SIGNATURE WAIVED BY DEFENDANT** |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
|  |

### Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

DATE: June 16, 2021

*Eileen S. Willett*
United States Magistrate Judge

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## For the District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>**Vivianna Lopez**<br>*Defendant* | )<br>)<br>)  Case No.  **21-09138MJ-001-PHX-ESW**<br>)<br>)  Charging District:  Northern District of Illinois<br>)  Charging District's Case No.  1:21-CR-00371 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br><br>DISTRICT JUDGE:<br>The Honorable Matthew F. Kennelly | Courtroom No.: | Hearing will be telephonic (Defendant shall contact counsel to confirm) |
|---|---|---|
| | Date:<br>Time: | July 13, 2021<br>9:05 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  June 16, 2021

*Judge's signature*

Eileen S. Willett, United States Magistrate Judge
*Printed name and title*

CLOSED,PASSPORT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-09138-ESW All Defendants

| | |
|---|---|
| Case title: USA v. Lopez | Date Filed: 06/16/2021 |
| Other court case number: 1:21CR371 Northern District of Illinois | Date Terminated: 06/17/2021 |

Assigned to: Magistrate Judge Eileen S Willett

### Defendant (1)

**Vivianna Lopez**  represented by **Kristoff Isiah Williams**
50572-509                       Federal Public Defenders Office -
TERMINATED: 06/17/2021          Phoenix
*also known as*                 850 W Adams St., Ste. 201
Mia Flores                      Phoenix, AZ 85007
TERMINATED: 06/17/2021          602-382-2779
                                Email: kristoff_williams@fd.org
                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*
                                *Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:1956(h) - Money Laundering;
18:1956(a)(1)(B)(i) and 2 - Money
Laundering, Aid and Abet; 18:1957 and

### Disposition

2 - Controlled Substance - Sell, Distribute or Disperse

**Plaintiff**

USA     represented by     **Sheila Phillips**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7650
Email: sheila.phillips2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2021 | 1 | Arrest (Rule 5 - Northern District of Illinois) of Vivianna Lopez. (MAP) (Entered: 06/16/2021) |
| 06/16/2021 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S Willett: Initial Appearance in Rule 5(c)(3) Proceedings as to Vivianna Lopez held on 6/16/2021. On motion of the Government, IT IS ORDERED unsealing the Indictment. DEFENDANT SWORN AS TO FINANCIAL STATUS. Court Appoints Kristoff Isiah Williams (AFPD) on behalf of Vivianna Lopez. Rule 5(c)(3) Identity Hearing Waived. IT IS ORDERED releasing the defendant on her personal recognizance with conditions. FURTHER ORDERED The Court informs the defendant that her next appearance date in the Northern District of Illinois is July 13, 2021 at 9:05 a.m. before Judge Matthew Kennelly, and the hearing will be telephonic. The Court directs the defendant to stay in contact with counsel for instructions on connecting to the hearing. (Recorded by COURTSMART.) Hearing held 1:17 PM to 1:29 PM. (MAP) (Entered: 06/16/2021) |
| 06/16/2021 | 3 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Eileen S. Willett. (MRH) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 06/16/2021) |

| 06/16/2021 | 4 | ORDER SETTING CONDITIONS OF RELEASE as to Vivianna Lopez. Signed by Magistrate Judge Eileen S. Willett on 6/16/2021. (MRH) (Entered: 06/16/2021) |
|---|---|---|
| 06/17/2021 | 6 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING to Northern District of Illinois as to Vivianna Lopez. Defendant shall appear for a telephonic hearing before the Honorable Matthew F. Kennelly on July 13, 2021 at 9:05 AM. Signed by Magistrate Judge Eileen S Willett on 6/16/2021. (CIS) (Entered: 06/17/2021) |
| 06/17/2021 | 7 | Notice to Northern District of Illinois of a Rule 5 or Rule 32 Initial Appearance as to Vivianna Lopez. Your case number is: 1:21-cr-00371. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (CIS) (Entered: 06/17/2021) |
| 06/17/2021 | 8 | NOTICE re: PASSPORT as to Vivianna Lopez. Defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action. (PTS-VE, ) (Entered: 06/17/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/17/2021 12:15:06 | | | |
| **PACER Login:** | cOurage68:6712843:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-mj-09138-ESW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**