UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIVIANNA LOPEZ, et al. | No. 21 CR 371<br><br>Judge Matthew F. Kennelly |

**MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendants with money-laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count 1), money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) (Counts 2, 3, and 5-9), and engaging in a monetary transaction in property derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957 (Count 4).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendants Valerie Gaytan, Armando Flores, Laura Lopez, and Bianca Finnigan, who do not oppose the entry of the proposed order. Counsel for defendant Vivianna Lopez objects to entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                              Respectfully submitted,

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

By:   /s/ *Andrew C. Erskine*
       ANDREW C. ERSKINE
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-1875

Dated: July 12, 2021