# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.

Mia Flores, et al.

                        Defendant.

Case No.: 1:21−cr−00371
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 13, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Vivianna Lopez, Valerie Gaytan: Telephonic status and arraignment hearings held on 7/13/2021. All parties consented to proceed by telephone for the hearing. The Court finds that the requirements of the CARES Act section 150002 have been met. Defendants waive formal reading of the indictment and enter a plea of not guilty. Rule 16.1 conference is to be held by 8/10/2021. The deadline for defense counsel to file pretrial motions is set for 10/12/2021. Jury trial is set for 6/6/2022 at 9:45 a.m. A telephonic status hearing is set for 10/18/2021 at 1:15 p.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. The defendants' appearances are waived for the hearing. Ordered time excluded through 10/18/2021 due to the complexity of the case and the need for defense counsel to prepare and file motions, 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.