UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

VIVIANNA LOPEZ, ET AL.

No. 21 CR 371

Judge Matthew F. Kennelly

## APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL

The United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), makes application to this Court for an order authorizing the government to disclose tax returns and return information of:

ARMANDO FLORES LOZANO
BIANCA FINNIGAN



LAURA LOPEZ



VALERIE GAYTAN

VIVIANNA LOPEZ ,

which tax returns and return information are described as: tax returns, with schedules and transcripts, and tax return filing/non-filing information for the tax years 2008 through 2020.

In support of this application, applicant avers the following:

The defendants in this case have been charged with money-laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count 1), money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) (Counts 2, 3, and 5-9), and engaging in a monetary transaction in property derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957 (Count 4).

The above-described returns may be statements of witnesses within the meaning of 18 U.S.C. § 3500 and may otherwise be discoverable under Fed. R. Crim. P. 16.

WHEREFORE, applicant asks this Court to enter an order on this application authorizing disclosure by the government of the tax returns and return information specified herein.

Respectfully submitted,

By:     /s/ *Andrew C. Erskine*
        Andrew C. Erskine
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 353-1875

Date:  July 28, 2021

3