UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIVIANNA LOPEZ, ET AL. | No. 21 CR 371<br><br>Judge Matthew F. Kennelly |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. § 6103(i)(4)(A)(ii), authorizing the government to disclose tax returns and return information of:

ARMANDO FLORES LOZANO
BIANCA FINNIGAN

LAURA LOPEZ

VALERIE GAYTAN

VIVIANNA LOPEZ

which tax returns and return information are described as: tax returns, with schedules and transcripts, and tax return filing/non-filing information for the tax years 2008 through 2020; at the trial of the above-captioned case, and after examining the application, this Court finds:

The above-described tax returns and return information may be statements of witnesses within the meaning of 18 U.S.C. § 3500 and may otherwise be discoverable under Fed. R. Crim. P. 16.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

ARMANDO FLORES LOZANO
BIANCA FINNIGAN



LAURA LOPEZ

VALERIE GAYTAN

VIVIANNA LOPEZ

which tax returns and return information are described as: tax returns, with schedules and transcripts, and tax return filing/non-filing information for the tax years 2008 through 2020, for discovery purposes, and at the trial of this case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103(h)(4).

Judge Matthew F. Kennelly

Dated: 8-10-2021