UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIVIANNA LOPEZ, et al. | No. 21 CR 371<br><br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

The parties hereby submit the following report on the status of the case:

1. At the last hearing, the Court directed the government to provide an estimate of the time required to implement the redactions provided at that point by defendant Gaytan's counsel. The government estimates that these initial redactions would require approximately two full days to implement and check.

2. Counsel for defendant Gaytan reports he will be done working through the balance of discovery by the end of this week. So far, he has identified approximately 500 additional proposed redactions.

3. At the last hearing, the Court raised the question of whether all defendants would agree to forego receiving the financial materials of the other defendants. Defendants Vivianna Lopez and Bianca Finnigan object to not receiving the financial materials of the other defendants in light of the government's position that the materials may be relevant to, among other things, the government's case in chief.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By:   /s/ *Andrew C. Erskine*
       ANDREW C. ERSKINE
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-1875

Dated: September 7, 2021