IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   21 CR 371-1 |
| | ) | 21 CR 371-2 |
| VIVIANNA LOPEZ, | ) | 21 CR 371-3 |
| VALERIE GAYTAN, | ) | 21 CR 371-4 |
| ARMANDO FLORES, and | ) | Hon. Matthew F. Kennelly |
| LAURA LOPEZ. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS VIVIANA LOPEZ'S, VALERIE GAYTAN'S,
ARMANDO FLORES'S AND LAURA LOPEZ'S JOINT
MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Defendant VIVIANNA LOPEZ, by and through her attorney, MIANGEL C. CODY, Defendant VALERIE GAYTAN, by and through her attorney, MICHAEL F. CLANCY, Defendant ARMANDO FLORES, by and through his attorneys, WEINBERG LAW and BREEN & PUGH, and Defendant LAURA LOPEZ, by and through her attorney, LISA L. WOOD, respectfully moves this Honorable Court for additional time to file pretrial motions. In support of this Motion, the Defendants offers the following:

1.   Defendant Vivianna Lopez is charged with one count of conspiracy to launder illicit drug proceeds in purported violation of 18 U.S.C. §1956 and 18 U.S.C. §1957 (Count 1), and eight counts of money laundering in purported violation of 18 U.S.C. §1956(a)(1)(B)(i), and §1957 (Counts 2-9).

2.   Defendant Gaytan is charged with one count of conspiracy to launder

illicit drug proceeds in purported violation of 18 U.S.C. §1956 and 18 U.S.C. §1957 (Count 1), and two counts of money laundering in purported violation of 18 U.S.C. §1956(a)(1)(B)(i), and §1957 (Counts 3-4).

3. Defendant Flores is charged with one count of conspiracy to launder illicit drug proceeds in purported violation of 18 U.S.C. §1956 and 18 U.S.C. §1957 (Count 1).

2. Defendant Laura Lopez is charged with one count of conspiracy to launder illicit drug proceeds in purported violation of 18 U.S.C. §1956 and 18 U.S.C. §1957 (Count 1), and eight counts of money laundering in violation of 18 U.S.C. §1956(a)(1)(B)(i), and §1957 (Counts 2-9).

2. Currently, pretrial motions are scheduled to be filed on December 3, 2021.

3. Following the filing of the last status report on October 18, 2021, the Government tendered a one terabyte hard drive to the undersigned, which contains over 80,000 pages of records and media files.

4. On November 29, 2021, the Government tendered an additional disc of discovery, which contains, in summary, over 1,000 pages of records from First Premier Bank, American Express, Bank of America, Chase Bank, Citibank, Green Dot Corporation, Republic First Bank, and Square, Inc.

5. Counsel for Defendants Vivianna Lopez, Gaytan, Flores and Laura Lopez have begun to review discovery but due to the volume seeks additional time to review the remaining discovery.

6. This motion is not made for purposes of delay, but rather in the interests of justice and to ensure Defendants Vivianna Lopez, Gaytan, Flores and Laura Lopez receive effective assistance of counsel.

7. Counsel has conferred with Assistant United States Attorney Andrew Erskine who has no objection to this motion.

WHEREFORE, Defendants Vivianna Lopez, Valerie Gaytan, Armando Flores and Laura Lopez request an additional 60 days to file any pretrial motions in this matter.

Respectfully submitted,

/s/ MiAngel C. Cody

MiAngel C. Cody
The Decarceration Collective
1325 South Wabash, Suite 305
Chicago, Illinois 60605
(312) 858-8330
miangelcody@decarcerationcollective.org

*Attorney for Defendant Viviana Lopez*

/s/ Michael F. Clancy

Michael F. Clancy
Law Office of Michael F. Clancy
53 West Jackson Boulevard, Suite 1401
Chicago, Illinois 60604
(312) 427-0288
michael@michaelclancylaw.com

*Attorney for Defendant Valerie Gaytan*

/s/ Steven J. Weinberg

| | |
|---|---|
| Steven J. Weinberg | Todd S. Pugh |
| Alexandria M. Miceli | Chelsy L. Van Overmeiren |
| WEINBERG LAW | BREEN & PUGH |
| 53 W. Jackson Blvd., Suite 1215 | 53 W. Jackson Blvd., Suite 1215 |
| Chicago, Illinois 60604 | Chicago, Illinois 60604 |
| (312) 322-0097 (t) | (312) 360-1001 (t) |
| weinberg.steven@gmail.com | tpugh@breenpughlaw.com |

*Attorneys for Defendant Armando Flores*

/s/ Lisa L. Wood

Lisa L. Wood
Lisa Wood Law, LLC
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
(872) 888-7089 (t)
lisa@lisawoodlaw.com

*Attorney for Defendant Laura Lopez*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following document:

**DEFENDANTS VIVIANA LOPEZ'S, VALERIE GAYTAN'S,
ARMANDO FLORES'S AND LAURA LOPEZ'S JOINT
MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

was served on December 3, 2021, in accordance with Federal Rule of Criminal Procedure 49, Federal Rule of Civil Procedure 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: /s/ Alexandria Miceli