UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIVIANNA LOPEZ, et al. | No. 21 CR 371<br><br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

Defendant Vivianna Lopez, defendant Valerie Gaytan, and the government hereby submit the following report on the status of the case:

1. The above-listed parties are all available to conduct the second day of the evidentiary hearing on July 26, 2022.

2. Defendants Lopez and Gaytan request that all witnesses testify by video. The government requests that local witnesses testify in person, as well as any non-local witnesses who prefer to testify in person.

3. Based on the scope of the proffered testimony set forth in defendant Lopez's submission, the government does not object under the *Touhy* regulations to Lopez calling as witnesses the two listed former prosecutors.

       Respectfully submitted,

       JOHN R. LAUSCH, JR.
       United States Attorney

   By: /s/ *Andrew C. Erskine*
       ANDREW C. ERSKINE
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-1875

Dated: May 31, 2022