**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21 CR 371-1 |
| v. ) | |
| ) | Judge: Matthew F. Kennelly |
| VIVIANNA LOPEZ ) | |

**ORDER**

    Vivianna Lopez pled guilty to charges related to money laundering. At sentencing the Court determined that her criminal history category was I and her offense level was 31. This resulted in an advisory Sentencing Guidelines range of 108 to 135 months imprisonment. The Court imposed a below-Guidelines sentence of 42 months. Ms. Lopez has now filed a motion seeking a sentence reduction. She bases this on Amendment 821 to the Guidelines. This amendment made certain change to the way in which criminal history points are determined and made the changes retroactively applicable. Based on the Guidelines amendment Ms. Lopez would be entitled to a two-level reduction as a "zero-point offender." This would reduce her offense level to 29. The resulting advisory Guidelines range would be 87 to 108 months. But Ms. Lopez already has a sentence that is far below the low end of that range. And the applicable statute (18 USC 3582(c)(2)) requires any sentence reduction to be "consistent with applicable policy statements issued by the Sentencing Commission." A Sentencing Commission policy statement bars a sentence reduction under section 3582(c)(2) to a term that is less than the minimum of the revised Guidelines range. Because Ms. Lopez already has a sentence that is below the minimum of the revised range she is not entitled to a further reduction. The Court therefore denies defendant's motion [312]. The Clerk is directed to mail a copy of this order to: Vivianna Lopez; No. 50572-509; FCI Aliceville; PO Box 4000; Aliceville AL 35442.

Date:  7/8/2024                                                       /s/ Matthew F. Kennelly
                                                                                                      United States District Judge